# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| **WOODFOREST BANK, FSB** | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 6:08-CV-00011** |
| | § | |
| **OPEN SOLUTIONS, INC.** | § | |

## CERTIFICATE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

WOODFOREST BANK, FSB, Plaintiff, makes the following certificate of interested parties:

1.   WOODFOREST BANK, FSB is not a publicly held corporation or other publicly held entity.

2.   Woodforest Financial Group, Inc. is the parent corporation of WOODFOREST BANK, FSB.  Woodforest Financial Group, Inc. does not have a parent corporation.

3.   None of the stock of WOODFOREST BANK, FSB or Woodforest Financial Group, Inc. is owned by a publicly held corporation or other publicly held entity.

4.   No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of the litigation.

February 15, 2008

_____
KATHRYN A. PERALES
Attorney -in-charge for WOODFOREST BANK, FSB
Texas Bar No. 24025585
Southern District of Texas
Bar No. 37949
MARR, MEIER & BRADICICH, L.L.P.
101 S. Main, Suite 200
P.O. Box 550
Victoria, Texas 77902
(361)573-4344
(361)573-1040 (FAX)

\\Ntserver\MM\Woodforest Bank 18962\Disclosure of Corp Affliations.wpd
KAP\18962\sag\02\15\08

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following attorney of record by regular mail on this the 15th day of February, 2008.

Kathryn A. Perales
Attorney for Plaintiff
WOODFOREST BANK, FSB

Thomas D. Kennedy
Johnson DeLuca Kennedy & Kurisky
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525-Telephone
(713) 652-5130- Facsimile

ATTORNEYS FOR
OPEN SOLUTIONS, INC.

\\Ntserver\MM\Woodforest Bank 18962\Disclosure of Corp Affliations.wpd
KAP\18962\sag\02\15\08